# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Rafael PEREZ Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2023__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

*Code Section*      *Offense Description*

Gerardo Rafael PEREZ made a false statement while purchasing a firearm at a federally licensed firearm dealer. Therefore, PEREZ has violated Title 18 U.S.C. Section 922(a)(6).

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

(s) Matthew Alvis
*Complainant's signature*

Matthew Alvis ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/28/2023__

*Judge's signature*

City and state: __Laredo, Texas__      Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES OF AMERICA
V.
**Gerardo Rafael PEREZ Jr.**

# ATTACHMENT "A"

I, Special Agent Matthew Alvis, being duly sworn do hereby depose and state:

1. I am currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since December 2021. I have participated in investigations concerning violations of Titles 18, 21, and 26. I have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, or information obtained from other agents and witnesses:

2. On Saturday, September 23, 2023, the National Instant Criminal Background Check System (NICS) informed SA Alvis that Gerardo Rafael PEREZ Jr. purchased a long gun from a Federal Firearms Licensee (FFL) in Laredo, Texas. Your affiant contacted CCF Tactical in Laredo, TX and learned PEREZ purchased an FNH USA SCAR 17S .308 caliber rifle, bearing serial number H1C25320.

3. On the ATF Form 4473, PEREZ listed an address in the 600 block of Hortensia Lane, Laredo TX, as his current residence. Agents have determined through the course of the investigation that PEREZ actually resides at a different residence in the 200 block of Salamanca Drive, Laredo, TX, based off of surveillance and PEREZ's 2021 GMC Yukon Texas parked in the driveway when people would reasonably be asleep. On September 23, 2023, ATF agents verified using the Webb County Appraisal District website that PEREZ is the owner of the residence located at the 200 block of Salamanca Drive, Laredo, TX.  PEREZ is not the owner of the residence at the 600 block of Hortensia Lane.

4. At approximately 2:00am on Tuesday, September 26, 2023, Laredo Police Department (LPD) while conducting an interdiction operation, witnessed a white SUV traveling southbound on Interstate 35 following too closely to an 18-wheeler. LPD officers conducted a traffic stop for a moving violation and encountered a male subject. LPD officers determined that the male subject did not have a valid driver's license, was a convicted felon, and learned the vehicle was registered to Gerardo Rafael PEREZ.

5. LPD officers conducted a search of the vehicle and discovered a Wise Lite Arms model AJM53 8mm belt fed rifle, bearing serial number WLA29-7289, with a loaded drum magazine containing 8mm ammunition in the rear cargo area, and a handheld radio with cellular capabilities.

6. Upon learning of the traffic stop and seizure of the firearm, your affiant responded to the scene of the traffic stop and began a consensual interview with the male subject. The male subject was found to be in possession of a radio (a handheld radio with cellular capabilities).

7. During the interview PEREZ arrived on the scene of the traffic stop, asking to retrieve his vehicle. PEREZ stated that he drove in tandem with the male subject. PEREZ stated he did not stop when the male subject was pulled over due to the vehicle he was driving back, a Corvette, not having registration. Agents detained PEREZ and conducted a consensual interview with PEREZ's girlfriend, who confirmed she lives with PEREZ at the 200 block of Salamanca Drive. She and PEREZ consented to a search of their residence.

8. Agents traveled to the residence at the 200 block of Salamanca and conducted a consensual search of the residence. During the search, agents discovered the FNH USA SCAR 17S .308 caliber rifle, bearing serial number H1C25320, in a gun safe in PEREZ's bedroom closet. PEREZ voluntarily unlocked the safe at the request of agents. Agents also discovered mail addressed to PEREZ at the residence at the 200 block of Salamanca Drive.

Based on the above facts, I believe there is probable cause that Gerardo Rafael PEREZ made a false statement while purchasing a firearm at a federally licensed firearm dealer. Therefore, PEREZ has violated Title 18 U.S.C. Section 922(a)(6).

[END]